# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALMA ROSA INFANTE, ) | CASE NO. 4:15CV3047 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| THE CITY OF HASTINGS, NEBRASKA; ) | |
| ADAMS COUNTY, NEBRASKA; THE ) | |
| STATE OF NEBRASKA; and JOHN AND ) | |
| JANE DOES 1-10, ) | |
| ) | |
| Defendants. | |

For the reasons stated in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Motions to Dismiss submitted by Defendant Adams County, Nebraska (Filing No. 21), Defendant City of Hastings, Nebraska (Filing No. 23), and Defendant State of Nebraska (Filing No. 25), are granted;

2. Plaintiff Alma Rosa Infante's Amended Complaint is dismissed with prejudice with respect to her claim against the State of Nebraska pursuant to 42 U.S.C. § 1983, and is otherwise dismissed without prejudice; and

3. The parties will bear their own costs and attorney fees.

DATED this 3rd day of September, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge